[No. 36758-7-I.  Division One.  January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUAH BURGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-00108-6, Mary Wicks Brucker, J., entered May 10, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 36784-6-I.  Division One.  January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WARDELL J. SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07809-3, Sally Phillips Pasette, J., entered June 12, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36869-9-I.  Division One.  January 27, 1997.]

*In the Matter of the Marriage of* KRISTIE FLINDERS SAPERSTEIN, *Respondent, and* PAUL SAPERSTEIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-3-08567-1, Michael J. Fox, J., entered May 26, 1996. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Grosse and Becker, JJ.

[No. 36932-6-I.  Division One.  January 27, 1997.]

RICHARD SPRUEL, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-10183-8, Liem E. Tuai, J., entered March 3, 1995. *Affirmed* by unpublished per curiam opinion.